# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Manuel David Lugo

V.

George Valverde, as Director of the California Department of Motor Vehicles, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    07-CV-109 W (POR)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants the DMV's motion to dismiss with prejudice.

| July 25, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A.Everill
(By) Deputy Clerk

ENTERED ON July 25, 2007

07-CV-109 W (POR)